DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM C. DETEMPLE** as Personal Representative of the Estate of
**TRACY M. DETEMPLE,**
Appellant,

v.

**HARVEY A. KLEIN, PH.D.**
Appellee.

No. 4D20-2184

[December 16, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 50-2018-CA-013625-XXXX-MB.

Ryan C. Tyler and Kimberly L. Boldt of Ratzan, Weissman & Boldt, Boca Raton, and Paul G. Finizio and Elizabeth W. Finizio of Paul G. Finizio, P.A., Fort Lauderdale, for appellant.

Thomas A. Valdez and Vilma Martinez of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***